IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CULTIVATR, INC.                  :
                                 :          CIVIL ACTION
        v.                       :
                                 :
                                 :          NO. 24-4200
NORA PETERSON                    :

## ORDER

AND NOW, this 5TH day of February, 2026, upon consideration of the Motion to Seal filed by Cultivatr, Inc. and Sproutr, LLC, (Dkt. #66) and Nora Peterson's Opposition thereto, it is hereby ORDERED that the Motion is DENIED. The Court of Clerk is hereby directed to UNSEAL the records found at ECF 62, 63, and 64.

BY THE COURT:

_____
GAIL A. WEILHEIMER        J.